UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAVERY, | No. 2:13-cv-2083 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| B. DHILLON et al., | |
| Defendants. | |

Plaintiff has filed a statement with the court indicating that he received the Order and Findings and Recommendations issued by the undersigned on August 29, 2016, ECF No. 108. In his statement, plaintiff indicates that he requested assistance and additional time in the law library due his writing disability, but did not receive it. See ECF No. 111 at 2-8. Plaintiff attaches, presumably for reference, a copy of the requests he submitted to prison staff seeking additional library time and other accommodations.[1] See id. at 10-14. Although the instant filing might reasonably be construed as a request for an extension of time to respond to the August 29, 2016 Order and Findings and Recommendations, the court is unable to determine from this filing how much of an extension plaintiff may be seeking.

////

---

[1] In the requests, plaintiff cited his limited time to respond to the court's order and his need to "research [his] response." See ECF No. 111 at 12.

1

1       Plaintiff is advised that detailed legal arguments are not necessary in order for plaintiff to
2  object to Findings and Recommendations.  Moreover, review of the August 29, 2016 Findings
3  and Recommendations in this case, ECF No. 108, demonstrates that the undersigned's
4  recommendation that plaintiff's motion for preliminary injunctive relief and a temporary
5  restraining order be denied is mandated by applicable legal principles based on the facts alleged
6  by plaintiff.  There are no foreseeable grounds upon which plaintiff can reasonably dispute the
7  binding legal authority.

8       Nonetheless, in order to protect plaintiff's rights, secure independent review by the
9  assigned district judge, and preserve issues for appeal, the court will construe plaintiff's recent
10 submission as an objection to the recommendation that plaintiff's motion for preliminary
11 injunctive relief and a temporary restraining order be denied, and to any and all findings and fact
12 and conclusions of law on which that recommendation is based.  Plaintiff need take no further
13 action in order for his objections to be considered.  The district court will consider the arguments
14 that plaintiff has previously made regarding his motion for preliminary injunctive relief, and will
15 review the issue *de novo*.

16       IT IS SO ORDERED.

17 DATED: September 29, 2016

                                    _____
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE