CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Email: rlc@creggerlaw.com

Attorneys for Defendant DR. B. DHILLON

PAUL R. MARTIN, SBN 154076
125 McKinley Circle
Vacaville, CA 95687
Phone: 707.208-7637
Email: rpm_12346@msn.com

Attorney for Plaintiff JOSEPH LAVERY

JUSTIN WALKER, SBN 276757
Deputy Attorney General of California
1300 I Street, Suite 125
Sacramento, CA 94244
Phone: 916.319-9476
Email: Justin.Walker@doj.ca.gov

Attorneys for Defendants CLARK, RADING and DITOMAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAVERY,<br><br>  Plaintiff,<br><br>  vs.<br><br>DR. B. DHILLON, M.D.; DR. FAIZA RADING, M.D.; DR. MICHELE DITOMAS, M.D.; JACKIE CLARK, C.E.O.; BRIAN DUFFY, WARDEN; UNAMED NURSE WHO GAVE INJECTION,<br><br>  Defendants. | No. 2:13-cv-02083 MCE AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COURT ORDER; ~~PROPOSED~~ ORDER THEREON** |

WHEREAS plaintiff filed this action on October 8, 2013;

WHEREAS on December 12, 2016, Plaintiff was ordered by Magistrate Judge Allison Claire to file either a single document labeled "Exhibits to the First Amended Complaint", or a

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COURT ORDER; ORDER THEREON
Case No. 2:13-cv-02083 MCE AC

1

motion to amend accompanied by a proposed second amended complaint within 30 days of December 12 (Doc. #118);

 WHEREAS, counsel for Plaintiff seeks an extension of time within which to file the requested documents, and consult with counsel for Defendants with a view toward settling this case, if possible, before too much additional time elapses;

 NOW THEREFORE, the parties to this action, through their counsel of record, have agreed to a 30-day extension of time to and including February 10, 2017, within which Plaintiff may respond to the Court's order of December 12, 2016.

DATE: January 9, 2017    CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendant DR. B. DHILLON

DATE: January 9, 2017    LAW OFFICE OF PAUL R. MARTIN

/s/ Paul R. Martin
PAUL R. MARTIN
Attorneys for Plaintiff JOSEPH LAVERY

DATE: January 9, 2017    STATE OF CALIFORNIA
                OFFICE OF THE ATTORNEY GENERAL

/s/ Justin Walker
JUSTIN WALKER
Attorneys for Defendants CLARK, RADING, And DITOMAS

///
///
///
///

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COURT ORDER; ORDER THEREON
Case No. 2:13-cv-02083 MCE AC

2

# **ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

Plaintiff may have a 30-day extension of time to and including February 10, 2017, within which Plaintiff may respond to the Court's order of December 12, 2016 (Doc. #118).

IT IS SO ORDERED.

Dated: January 12, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COURT ORDER; ORDER THEREON         3
Case No. 2:13-cv-02083 MCE AC