IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH LAVERY,** | Case No. 2:13-cv-02083-MCE-AC |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME |
| v. | |
| **DHILLON, et al.,** | |
| Defendants. | |

The Court, having considered the Stipulation between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

Defendants Dhillon, Clark, Rading, and DiTomas are granted an extension of time through and including March 24, 2017, to respond to Plaintiff's Supplemental First Amended Complaint. (ECF No. 121).

Dated: February 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1