UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAVERY,<br><br>    Plaintiff,<br><br>v.<br><br>B. DHILLON, et al.,<br><br>    Defendants. | No. 2:13-cv-2083 MCE AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Defendant Dhillon has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 19, 2017, (ECF No. 144) are ADOPTED in full; and

2. Plaintiff's Eighth Amendment claims for deliberate indifference toward a serious medical need against defendants Rading, Ditomas, and Clark are DISMISSED without leave to amend.

IS SO ORDERED.

Dated: December 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE