# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH LAVERY,  No. 2:13-cv-2083 MCE AC P

    Plaintiff,

vs.  **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

B. DHILLON,

    Defendant.
_____/

Joseph Lavery, inmate CDCR #T-07458, a necessary and material witness in proceedings in this case on June 6, 2018, is confined in the California Medical Facility, P.O. Box 2500, Vacaville, CA 95696-2500, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Allison Claire, to appear by video-conferencing at the California Medical Facility, on Wednesday, June 6, 2018, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Medical Facility, P.O. Box 2500, Vacaville, CA 95696-2500:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 8, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE