UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH LAVERY,

    Plaintiff,

 v.

B. DHILLON et al.,

    Defendants.

No.  2:13-cv-2083 MCE AC P

ORDER

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On March 22, 2018, the magistrate judge issued findings and recommendations herein (ECF No. 156) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1.  The findings and recommendations issued March 22, 2018 (ECF No. 156), are ADOPTED IN FULL;

2. Plaintiff's motion to amend (ECF No. 151), is DENIED;

3. Defendant John Doe is DISMISSED with prejudice, and

4. The case is to proceed on plaintiff's Eight Amendment claim against defendant Dhillon only.

IT IS SO ORDERED.

Dated: June 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE