UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAVERY,<br><br>            Plaintiff,<br><br>    v.<br><br>B. DHILLON,<br><br>            Defendants. | No. 2:13-cv-2083 MCE AC P<br><br><br>ORDER |

       Plaintiff is a state prisoner represented by court-appointed counsel for the limited purpose of completing discovery proceedings. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This action was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

       On July 12, 2018, the court appointed counsel for plaintiff. ECF No. 172. At that time, the court also ordered counsel for both parties to meet and confer in order to determine mutually agreed upon modified discovery deadlines. See id. On August 6, 2018, the parties submitted a joint statement and proposed order for discovery dates and deadlines. ECF No. 175.

       The court has reviewed the joint statement. In it, the parties state that plaintiff's counsel anticipates that her meeting with plaintiff will be set by August 15, 2018. The statement contains no other concrete calendar dates that will permit this case to move forward on a defined schedule; neither does the proposed order. See id. The parties are reminded that the court has an

////

obligation to manage and dispose of cases in a just, speedy and inexpensive manner.  See Fed. R. Civ. P. 1.

Accordingly, IT IS HEREBY ORDERED that:

1. By August 24, 2018, plaintiff's counsel shall inform the court of the date she ultimately schedules to meet with plaintiff, and

2. Within seven days of meeting with plaintiff, plaintiff's counsel shall inform the court whether an additional meeting date with plaintiff is needed or if discovery can proceed.

Thereafter, the court will revisit issuing a modified scheduling order that takes into consideration the time parameters in the parties' joint statement and stipulation re:  discovery dates and deadlines.

DATED: August 7, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE