UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAVERY,<br><br>        Plaintiff,<br><br>    v.<br><br>B. DHILLON et al.,<br><br>        Defendants. | No. 2:13-cv-2083 MCE AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner who seeks relief pursuant to 42 U.S.C. § 1983 and is represented by court-appointed counsel for the limited purpose of completing discovery. In light of plaintiff's most recent status report, ECF No. 180, the court orders as follows:

    1. Attorney Rebecca Weinstein-Hamilton's appointment to represent plaintiff for the limited purpose of conducting discovery shall include the taking of any and all depositions;

    2. Within twenty-one days of the date of this order the parties shall meet and confer to determine the following:

        a. whether the filing of additional motions to compel by either party is necessary;

        b. whether depositions by either party are desired;

    3. Within twenty-one days of the date of this order, the parties shall file a stipulation and proposed modified discovery and scheduling order that reflects the parties' agreements on these matters and includes firm deadlines for:

      a. the filing of any further discovery-related motions;

      b. the taking of any depositions;

      c. the close of discovery.

IT IS SO ORDERED.

DATED: December 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE