REBECCA WEINSTEIN-HAMILTON, SBN 162699
4034 Prairie Falcon Drive
El Dorado Hills, California 91762
(916) 220-3407
Limited Purpose Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAVERY, | Case No. 2:13-cv-02083 MCE AC P |
| Plaintiff, | ORDER TO FACILITATE TELEPHONE CALL |
| v. | |
| DR. B. DHILLON, M.D. et al. | |
| Defendants. | |

Plaintiff is a state prisoner represented by court appointed counsel Rebecca Ann Weinstein-Hamilton. Communication between appointed counsel and her client is required to complete discovery in this case. By this order, the court directs the Warden and the correctional staff at California Substance Abuse Treatment Facility (SATF) to facilitate a confidential telephone call between appointed counsel and inmate Joseph Lavery (T-07458).

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, litigation coordinator, and other correctional staff as needed at SATF, shall facilitate a confidential telephone call between Joseph Lavery and his attorney.
2. The confidential telephone call shall be placed on Friday, April 5, 2019, to begin at 9:00 a.m. and shall continue, without interruption, for a maximum of 90 minutes or until completed, whichever is earlier. Correctional staff shall initiate the phone call by

1

calling Ms. Weinstein-Hamilton at (916) 220-3407.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Lavery under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of SATF, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (559) 992-7191 and email on the Warden and litigation coordinator at SATF.

IT IS SO ORDERED.

DATED: March 29, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE