IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH LAVERY

        Plaintiff(s)

vs.

B. DHILLON, et al.,

        Defendants.

No. 2:13-cv-2083-MCE-AC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Rebecca Ann Weinstein-Hamilton, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on July 12, 2018, by the Honorable Allison Claire, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

I was appointed counsel for plaintiff for the limited purpose of completing discovery. Plaintiff is currently housed at the California Substance Abuse Treatment Facility (CSATF) where his deposition will take place. Defendant's attorney is setting Plaintiff's deposition for a date prior to August 15, 2019. I will be appearing remotely via video feed to avoid the time and expense of traveling to CSATF. By agreement, Defendant's counsel will retain and pay for the court reporter, while I will pay the costs for the "remote attorney" video feed to the L.A. Legal Service office in Sacramento. The estimated hourly fee for the video service is estimated by L.A. Legal to be $175.00 per hour. Per FRCP Rule 30, the deposition will not exceed seven hours.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1225.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:13-cv-2083-MCE-AC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | No other expenses have been requested for pre-approval. | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of July, 20 19, at El Dorado Hills, California.

Rebecca Weinstein-Hamilton

Attorney for Plaintiff(s)

*[signature: Rebecca Weinstein Hamilton]*

The above expenditure is ___✓___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 8/2/19

_____
United States District Judge/Magistrate Judge