UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH LAVERY,

        Plaintiff,

   v.

B. DHILLON,

        Defendant.

No. 2:13-cv-2083 DAD AC P

ORDER APPOINTING LIMITED PURPOSE
COUNSEL THROUGH DISPOSITIVE
MOTIONS

Plaintiff Joseph Lavery is a state prisoner proceeding pro se and in forma pauperis with this civil rights action brought under 42 U.S.C. § 1983.  The court finds a limited purpose appointment of counsel for plaintiff is warranted.  Sarita I. Ordonez has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff and has agreed to be appointed for the limited purpose of filing an opposition to the motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Sarita I. Ordonez is appointed as limited purpose counsel in the above titled matter.  This appointment is for the limited purpose of filing an opposition to the motion for summary judgment.  The opposition to the motion for summary judgment is due July 7, 2023.

2. Sarita I. Ordonez's appointment will terminate automatically 14 days after the district judge rules on the findings and recommendations of the magistrate judge regarding summary judgment.

3.  Appointed counsel shall notify Sujean Park via e-mail at spark@caed.uscourts.gov if she has any questions related to the appointment.

4.  The Clerk of the Court is directed to serve a copy of this order upon Sarita I. Ordonez, Law Office of Sarita I. Ordonez, 5381 La Jolla Mesa Drive, La Jolla, CA 92037.

DATED: April 10, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2